IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA NERONDE,

      Plaintiff,                    No. 2:10cv0776-JFM (PS)

     vs.

NEVADA COUNTY *et al.*,

      Defendants.               ORDER

_____/

        On April 26, 2010, defendants Nevada County and Nevada County Sheriff's Department filed a motion to dismiss plaintiff's April 1, 2010 complaint.  On June 15, 2010, the motion was granted, plaintiff's two claims were dismissed, and plaintiff was granted thirty days to file an amended complaint.

        On July 15, 2010, plaintiff filed a motion to amend complaint and a first amended complaint.  Plaintiff seeks leave to add three additional legal theories: assault and battery; sexual battery in violation of California Civil Code § 1708.5; and intentional infliction of emotional distress.  On August 3, 2010, defendants filed a statement of non-opposition.  Also on August 3, 2010, the parties filed a stipulation to extend time for defendants to file a responsive pleading.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's July 15, 2010 motion to amend complaint is granted;

1

  2. The August 26, 2010 hearing on plaintiff's motion is vacated; and

  3. Defendants Nevada County and Nevada County Sheriff's Department shall file a responsive pleading on or before September 1, 2010.

DATED: August 9, 2010.

            _____
            UNITED STATES MAGISTRATE JUDGE

/014;nero0776.fac

2