IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICIA NERONDE,

      Plaintiff,                  No. 2:10-cv-0776-JFM (PS)

  vs.

NEVADA COUNTY *et al.*,

      Defendants.       <u>ORDER</u>

_____/

      A status conference was held in this matter on January 13, 2011, at 11:00 a.m. Anthony Poidmore appeared for plaintiff. Leanne Mayberry appeared for defendants County of Nevada and Nevada County Sheriff's Department. Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. The parties shall exchange lists of expert witnesses no later than October 3, 2011. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

      2. Dispositive motions, and any motions pertaining to discovery, shall be noticed to be heard on or before November 24, 2011.

      3. Discovery shall be completed by December 24, 2011.

4. The pretrial conference is set for March 29, 2012 at 11:00 a.m. in courtroom # 26. Pretrial statements shall be filed pursuant to Local Rule 281.

5. A jury trial of this matter is set for April 30, 2012 at 10:00 a.m. before the undersigned in a courtroom to be determined. The parties shall file trial briefs pursuant to Local Rule 285.

DATED: January 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;nero0776.oasc